## STATE OF CONNECTICUT *v.* PHILLIP C. WHITE III

The defendant's petition for certification for appeal from the Appellate Court, 97 Conn. App. 763 (AC 25840), is denied.

*Alice Osedach*, assistant public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided November 16, 2006